### APTHORP v. LOCKWOOD.

A garnishee may be inquired of respecting a mistake in the note, claimed of him.

A plaintiff may recover of the garnishee the balance of a debt, due from him to the absconding debtor, by assignment from others.

SCIRE FACIAS against him as garnishee to Charles M'Evers.

It was determined that he might be inquired of relative to a mistake, which intervened at the giving of the note to said M'Evers, for which he is now challenged. Also it was determined, that the plaintiff recover a debt due from Lockwood to M'Evers and Company, that was assigned to the said M'Evers, as being his property, by force of the assignment.